IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

RECEIVED
FLORENCE, SC

2005 MAY 23  A 9 01

| | |
|---|---|
| BLANCHE E. HARR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 0:04-22800-TLW-BM |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of ) | **ORDER** |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

The Defendant, Jo Anne B. Barnhart, Commissioner of Social Security, by her undersigned attorneys, Jonathan S. Gasser, Acting United States Attorney for the District of South Carolina, and Robert F. Daley, Jr., Assistant United States Attorney for said district, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, and in light of the Plaintiff's consent to this motion, this Court hereby:

**REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** of the cause to the Commissioner for further administrative proceedings.[1] See Shalala v. Schaefer, 509 U.S. 292, 297 (1993).

**AND IT IS SO ORDERED.**

_/s/ Terry L. Wooten_

May 12, 2005

Florence, South Carolina

---

The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.